| | |
|---|---|
| SHIRISH GUPTA, SBN 205584<br>MAYER, BROWN, ROWE & MAW LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 2-300<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>sgupta@mayerbrownrowe.com<br><br>*Counsel for American Standard Companies Inc.* | MARIO N. ALIOTO, SBN 56433<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>malioto@tatp.com<br><br>*Plaintiffs' Co-Liaison Counsel* |
| PETER K. HUSTON, SBN 150058<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600 Phone<br>Facsimile: (415) 395-8095 Fax<br>peter.huston@lw.com<br><br>*Counsel for Masco Corporation* | MICHAEL P. LEHMANN, SBN 77152<br>JON T. KING, SBN 205073<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-2070<br>Facsimile: (415) 982-2076<br>mplehmann@furth.com<br><br>*Plaintiffs' Co-Liaison Counsel* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| EDWARD CARPANELLI, et al.<br><br>    v.<br><br>AMERICAN STANDARD COMPANIES INC., et al. | Case No. C 06 0004 WDB<br><br>California J.C.C.P. No. 4415<br><br>**STIPULATION AND<br>ORDER RE DEADLINE FOR FILING<br>RESPONSIVE PLEADING OR MOTION** |
| Coordinated Proceedings Special Title (Cal. Rule 1550(b)):<br><br>**BATHROOM FITTINGS CASES** | |
| This Document Relates To:<br><br>**ALL ACTIONS** | |

STIPULATION AND [PROPOSED] ORDER RE DEADLINE
FOR FILING RESPONSIVE PLEADING OR MOTION; C 06 0004-WDB

1  Whereas, on January 3, 2006, Defendant American Standard Companies Inc. removed
2  the above-captioned action to the United States District Court for the Northern District of
3  California;
4  Whereas, prior to the removal, Superior Court Judge Richard Kramer set the deadline for
5  the filing of defendants' answers or other responses to the Consolidated Amended Complaint as
6  January 17, 2006;
7  Whereas, plaintiffs currently intend to move to remand the action to state court;
8  Whereas, under the current schedule, defendants' responsive pleadings or motions are
9  due before the time for plaintiffs to file a motion to remand will have elapsed;
10  THEREFORE, it is stipulated by and between the parties that the deadline for the filing
11  of defendants' answers or other responses to the Consolidated Amended Complaint shall be set
12  as 30 days after the Court decides plaintiffs' anticipated motion to remand or, if no such motion
13  is filed, as February 27, 2006.

15  Dated: January 9, 2006

By: /s/ Shirish Gupta
SHIRISH GUPTA
MAYER, BROWN, ROWE & MAW LLP

*Counsel for American Standard Companies Inc.*

– and –

RICHARD J. FAVRETTO
MARK W. RYAN
JOSEPH R. BAKER
MAYER, BROWN, ROWE & MAW LLP
1909 K Street NW
Washington, DC 20009
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Of Counsel for American Standard Companies Inc.*

| | | |
|---|---|---|
| Dated: January 9, 2006 | | By: /s/ Peter K. Huston |
| | | PETER K. HUSTON, SBN |
| | | LATHAM & WATKINS LLP |
| | | |
| | | *Counsel for Masco Corporation* |
| Dated: January 9, 2006 | | By: /s/ Michael P. Lehmann |
| | | MICHAEL P. LEHMANN |
| | | JON T. KING |
| | | THE FURTH FIRM LLP |
| | | |
| | | *Plaintiffs' Co-Liaison Counsel* |
| Dated: January 9, 2006 | | By: /s/ Mario N. Alioto |
| | | MARIO N. ALIOTO |
| | | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| | | |
| | | *Plaintiffs' Co-Liaison Counsel* |

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 10, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

---

3
STIPULATION AND [PROPOSED] ORDER RE DEADLINE
FOR FILING RESPONSIVE PLEADING OR MOTION; C 06 0004-WDB