**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CARPANELLI, et al., | No. C 06-0004 WDB |
| Plaintiff(s) | ORDER RE: CONSENT OR REASSIGNMENT |
| v. | |
| AMERICAN STANDARD COMPANIES INC., et al., | |
| Defendant(s). | |

Coordinated Proceedings Special Title (Cal. Rule 1550(b))

<u>BATHROOM FITTINGS CASES</u>    /

    This case was randomly assigned at filing to the undersigned United States Magistrate Judge. Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. section 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense. On January 11, 2006, plaintiffs filed a motion to remand - a potentially dispositive motion. In light of plaintiffs' pending motion, the Court asks <u>all</u> parties to consider the attached "Consent to Assignment or Request for Reassignment," make an election, and e-file the consent or request for reassignment **by no later than January 25, 2006.**

    IT IS SO ORDERED.

Dated: January 13, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
All parties, WDB

1